**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| QIUYAN CHEN | CIVIL ACTION NO. 26-0449 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MICHA NEAL, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## JUDGMENT

The petitioner, Quiyan Chen ("Chen"), a citizen of China, filed a petition for a writ of habeas corpus arguing that her continued detention violated *Zadvydas v. Davis*, 533 U.S. 678 (2001). Record Document 1 at 10. Since then, immigration authorities removed Chen to China, and Chen filed an emergency motion to compel her return to the United States. Record Document 12. The Court finds that Chen's challenge to her length of detention is moot now that she has been removed from the United States. *See, e.g.*, *Francis v. Lynch*, 622 F. App'x 455, 455-56 (5th Cir. 2015) ("[B]ecause he is no longer detained and has been removed, his challenge is now moot.").

**IT IS ORDERED** that the Emergency Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED** with prejudice. **IT IS FURTHER ORDERED** that the Emergency Motion to Compel the Return of Petitioner to the United States, Record Document 12, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 11th day of May, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE